**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | RYAN OSTROVSKY |
| Debtor 2 (Spouse, if filing) | **KRISTEN OSTROVSKY** |
| United States Bankruptcy Court for the: | Northern District of Illinois (State) |
| Case number | 13-45925 |

Form 4100R

# Response to Notice of Final Cure Payment

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of creditor:** BMO Harris Bank N.A.

**Court claim no.** (if known): _____

**Last 4 digits** of any number you use to identify the debtor's account: 1 7 6 9

**Property address:** 1207 DOGWOOD LANE
Number    Street

BARTLETT    IL    60103
City    State    ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

■ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

❑ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is: $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

❑ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: ___/___/_____
MM / DD / YYYY

■ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:  (a) $ 28,559.51

b. Total fees, charges, expenses, escrow, and costs outstanding:  + (b) $ 0.00

c. **Total**. Add lines a and b.  (c) $ 28,559.51

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: 06/02/2015    Loan matured on 6/2/2015
MM / DD / YYYY

Form 4100R    **Response to Notice of Final Cure Payment**    page 1

Debtor 1  **RYAN OSTROVSKY**
First Name   Middle Name   Last Name

Case number (if known) 13-45925

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- ☒ all payments received;
- ☒ all fees, costs, escrow, and expenses assessed to the mortgage; and
- ☒ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

Check the appropriate box::

☒ I am the creditor.

☐ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

X *Lourdes Chevrez* (Signature)

Date 02 / 19 / 2019

Print: Lourdes   Chevrez
First Name   Middle Name   Last Name

Title: Bankruptcy Specialist

Company: BMO Harris Bank N.A.

If different from the notice address listed on the proof of claim to which this response applies:

Address: PO BOX 2035
Number   Street

Milwaukee   WI   53201
City   State   ZIP Code

Contact phone: 866 280 8434

Email: bankruptcy@bmo.com

Privileged and Confidential

| Creditor: | BMO Harris |
| --- | --- |
| Debtor: | Ryan Ostrovsky & Kristen Ostrovsky |
| Case No.: | 13-45925 |
| Loan No.: | XXXXXX1769 |
| Collateral: | 1207 Dogwood Ln, Bartlett, IL  60103 |

**PAYMENTS RECEIVED**

| | |
| --- | --- |
| Loan Status as of: | 2/19/2019 |
| Initial Due Date: | 12/2/2013 |

| Date Received | Amount Received | Due Date | Amount Due | Late Charges/ NSF/Other | Paid Over/Short | Description | PCN Status |
| --- | --- | --- | --- | --- | --- | --- | --- |
|  | $ - | 12/2/2013 | $ 173.79 | $ - | $ (173.79) | Payment Accrued |  |
| 12/30/2013 | $ 172.00 |  |  | $ - | $ 172.00 | Funds Received |  |
|  | $ - | 1/2/2014 | $ 173.79 | $ - | $ (173.79) | Payment Accrued |  |
| 1/31/2014 | $ 183.79 |  |  | $ - | $ 183.79 | Funds Received |  |
|  | $ - | 2/2/2014 | $ 173.79 | $ - | $ (173.79) | Payment Accrued |  |
| 2/26/2014 | $ 179.16 |  |  | $ - | $ 179.16 | Funds Received |  |
|  | $ - | 3/2/2014 | $ 173.79 | $ - | $ (173.79) | Payment Accrued |  |
| 3/14/2014 | $ 183.79 |  |  | $ - | $ 183.79 | Funds Received |  |
|  | $ - | 4/2/2014 | $ 173.79 | $ - | $ (173.79) | Payment Accrued |  |
| 4/18/2014 | $ 180.00 |  |  | $ - | $ 180.00 | Funds Received |  |
|  | $ - | 5/2/2014 | $ 173.79 | $ - | $ (173.79) | Payment Accrued |  |
|  | $ - | 6/2/2014 | $ 173.79 | $ - | $ (173.79) | Payment Accrued |  |
| 6/3/2014 | $ 370.00 |  |  | $ - | $ 370.00 | Funds Received |  |
| 6/30/2014 | $ 185.00 |  |  | $ - | $ 185.00 | Funds Received |  |
|  | $ - | 7/2/2014 | $ 173.79 | $ - | $ (173.79) | Payment Accrued |  |
|  | $ - | 8/2/2014 | $ 173.79 | $ - | $ (173.79) | Payment Accrued |  |
| 8/29/2014 | $ 325.00 |  |  | $ - | $ 325.00 | Funds Received |  |
|  | $ - | 9/2/2014 | $ 173.79 | $ - | $ (173.79) | Payment Accrued |  |
|  | $ - | 10/2/2014 | $ 173.79 | $ - | $ (173.79) | Payment Accrued |  |
| 10/16/2014 | $ 200.00 |  |  | $ - | $ 200.00 | Funds Received |  |
|  | $ - | 11/2/2014 | $ 173.79 | $ - | $ (173.79) | Payment Accrued |  |
|  | $ - | 12/2/2014 | $ 173.79 | $ - | $ (173.79) | Payment Accrued |  |
|  | $ - | 1/2/2015 | $ 173.79 | $ - | $ (173.79) | Payment Accrued |  |
|  | $ - | 2/2/2015 | $ 173.79 | $ - | $ (173.79) | Payment Accrued |  |
| 2/13/2015 | $ 400.00 |  |  | $ - | $ 400.00 | Funds Received |  |
|  | $ - | 3/2/2015 | $ 173.79 | $ - | $ (173.79) | Payment Accrued |  |
|  | $ - | 4/2/2015 | $ 173.79 | $ - | $ (173.79) | Payment Accrued |  |
|  | $ - | 5/2/2015 | $ 173.79 | $ - | $ (173.79) | Payment Accrued |  |
| Total Payments | $ 2,378.74 |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
| Loan Matured 6/2/15 | $ - | Principal | $ 22,279.67 | $ - |  |  |  |
|  |  | Accrued interest | $ 6,279.84 | $ - |  |  |  |
| Total Payoff as of 2/19/19 |  |  | $ 28,559.51 |  |  |  |  |

## UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

IN RE:   RESPONSE TO NOTICE OF FINAL CURE

CASE NO.  13-45925

Debtor:   RYAN OSTROVSKY and KRISTEN OSTROVSKY

CHAPTER:  13

### CERTIFICATE OF SERVICE

I do hereby certify that I have this February 19, 2019, served a copy of the Response to Notice of Final Cure Payment upon all parties listed by placing the same into the United States mail with adequate pre-paid postage thereon;

RYAN OSTROVSKY
KRISTEN OSTROVSKY
1207 DOGWOOD LANE
BARTLETT, IL 60103

ROBERT BRYNJELSEN
55 E MONROE ST SUITE #3400
CHICAGO, IL 60603

GLENN B STEARNS
801 WARRENVILLE ROAD
SUITE 650
LISLE, IL 60532

                BMO Harris Bank, N.A.

                By:  /s/ Lourdes Chevrez
                    Bankruptcy Specialist

PO BOX 2035
MILWAUKEE, WI 53201
(866)280-8434 Option #2